UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| MYRA BRACERO,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>IDAHO HOUSING AND FINANCE ASSOCIATION,<br><br>　　　　Defendant. | Case No. 1:15-cv-00213-BLW<br><br>MEMORANDUM DECISION AND ORDER |

　　In order for any litigant to file a civil complaint in federal court, that litigant must either pay the filing fee in full at the time of filing or seek in forma pauperis status, which allows the litigant to pay the filing fee over time.  In either case, the litigant must pay the full filing fee for having filed the complaint, regardless of whether that person's case is eventually dismissed or is unsuccessful.

　　Plaintiff has requested in forma pauperis status. To determine whether a party should be allowed to proceed in forma pauperis under 28 U.S.C. § 1915, a court should review the overall financial situation of the applicant, including all of the assets and liabilities of the applicant.  See *Zaun v. Dobbin*, 628 F.2d 990, 992-93 (7th Cir. 1980).  *See also Romesburg v. Trickey*, 908 F.2d 258, 259 (8th Cir. 1990) (affirming dismissal of prisoner's case for misrepresenting his claim of

**MEMORANDUM DECISION AND ORDER - 1**

poverty where it was later discovered, in contrast to his affidavit, that he owned real estate, even though he contended that it was worth only $5,000 and his elderly wife resided thereon).

Plaintiff shall be granted in forma pauperis status. She is ordered to pay the Clerk of Court $20.00 per month until the filing fee of $400.00 is paid in full. Failure to pay the filing fee each month may constitute grounds for dismissal of her case.



DATED: June 23, 2015

B. Lynn Winmill
Chief Judge
United States District Court